1:22-cr-87-5
1:22-cr-88-2

Case 1:22-cr-00088-JRS-KMB   Document 50   Filed 11/03/22   Page 1 of 1 PageID #: 150

FILED
10/31/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United State's Federal Court
Indianapolis Criminal Division
46 East Ohio street
Indianapolis, In. 46204

Attn: clerk of Courts:

> The Court appoints CJA counsel to represent Mr. Conn with respect to any federal detainer, subject to proof of financial eligibility.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 11/3/22

    I'm currently incarcerated at the "Johnson County Jail" located in Franklin, Indiana; Wherein they show a "FEDERAL DETAINER". However, there is no cause number available.

    Can you please provide me with any information related to "said detainer" including the Cause number. Also, please include any "Specialized Court Rules", and any "Forms" you may be able to provide in regards to filing a "motion to resolve detainer", and motion to transport, ect.

    Thank you, for your time and assistance in helping me bring this matter to a resolution.

Elijah Lynn Conn
SSN: ███-██-4068
DOB: ██/██/2002

X. _Elijah Conn_